```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ARAMIS STUCKMAN,  :  | HON. JEROME B. SIMANDLE |
| Plaintiff,  :  | Civil No. 10-4754 (JBS/JS) |
| v.  : | |
| ATLANTIC COUNTY JUSTICE  :  | **ORDER** |
| FACILITY STAFF, et al.,  : | |
| Defendants.  : | |

This matter having come before the Court upon the motion of Defendants Lt. M. Hendricks, Sgt. Michael Kelly, and Chief Sheriff Frank Balles (improperly plead as "Ballas") for summary judgment [Docket Item 20] ; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __**30th**__ day of **January, 2012** hereby

ORDERED that the Defendants' motion for summary judgment is GRANTED and the Plaintiff's complaint is DISMISSED as to the Defendants Lt. M. Hendricks, Sgt. Michael Kelly, and Chief Sheriff Frank Balles (improperly plead as "Ballas"); and it is further

ORDERED that the complaint is DISMISSED as to Defendants Unknown Sheriff John Doe, Mays Landing Sheriff, John Doe

Sheriff Operation of Security of Camera Operator, and Atlantic County Justice Facility Staff with leave to amend the complaint within thirty days of the date of this order by filing an Amended Complaint with the Clerk of Court identifying the "Unknown Sheriff John Doe."  Failure to file an Amended Complaint within thirty days will result in the dismissal of this action with prejudice.

                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        Chief U.S. District Judge